IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT J. MOTEN, ADC #104692**                                                            **PLAINTIFF**

V.                              **CASE NO. 5:15-CV-326 JLH/BD**

**MIRIAM LESTER and**
**WENDY KELLEY**                                                                             **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition. After careful review of the Recommendation and Mr. Moten's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings except for the third sentence of the second paragraph on page 5.

Defendants' second motion for summary judgment (#41) is GRANTED. Moten's motion for summary judgment (#30) and Defendants' first motion for summary judgment (#16) are DENIED, as moot. Moten's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 2nd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE