IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT J. MOTEN, ADC #104692**                                                      **PLAINTIFF**

V.                              **CASE NO. 5:15-CV-326 JLH/BD**

**MIRIAM LESTER and**
**WENDY KELLEY**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE